# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| Jennifer Paar,<br><br>    Plaintiff,<br><br>v.<br><br>Southwest Recovery Services, Inc,<br><br>    Defendant. | Case No. 3:10-cv-1487<br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

By: /s/ Bryan Fears
Bryan Fears, Bar # 24040886
Macey & Aleman, P.C. – Of Counsel
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: (214)-890-0711
Email: fears@fnlawfirm.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2011, my firm served Defendant with this filing by depositing a copy of the same in the U.S. mail addressed as follows:

Southwest Recovery Services, Inc.
2591 Dallas Parkway, Suite 300
Frisco, TX 75034/

                                          /s/ Bryan Fears